FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2021
CENTRAL DISTRICT OF CALIFORNIA
BY KmH DEPUTY

# District Court of the United States
## Central District of California

Kristen Joseph,

        Plaintiff,

vs.

Superior Court of Los Angeles, et. al.

        Defendant.

CASE NO. 2:21-CV-06654-SVW-ADS

APPLICATION TO PROCEED
IN FORMA PAUPERIS

    I, __Kristen Joseph__ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1. Are you presently employed?  Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __not consistent__  Net: __20,000__

Employer: __1098 photographer - out of much work due to pandemic__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

my work is inconsistent & has been extra due to pandemic

- 1 -

1  and wages per month which you received.
2  _____800⁰⁰ ?_____
3  _____
4  _____
5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.  Business, Profession or            Yes ✓  No ___
8           self employment?
9       b.  Income from stocks, bonds,         Yes ___  No ✓
10          or royalties?
11      c.  Rent payments?                     Yes ___  No ✓
12      d.  Pensions, annuities, or            Yes ___  No ✓
13          life insurance payments?
14      e.  Federal or State welfare payments, Yes ✓  No ___
15          Social Security or other govern-
16          ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Snap, Edd,
20 food     est. 4,000
21 3.  Are you married?                        Yes ___  No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

1 child, 9 years of age. In residence until February 20, 2021

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ✓ No ___

Make Jeep    Year 2012    Model Liberty

Is it financed? Yes ___ No ✗ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?  Yes ✗ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: LBSFCU

800) 527.3328    4436 atlantic ave. Long Beach ca 90807

Present balance(s): $ -11

Do you own any cash? Yes ___ No ✗ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✗

_____

8. What are your monthly expenses?

Rent: $ 1700    Utilities: 100

Food: $ 300    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Student loans 20,000+, Car registration 1000+, Rent 6,000+

1 SCEdison —▷ 4,000 + SoCal gas —▷ 2,00 , Lakewood oh k ivy 1500+

2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3 other lawsuits? Yes ___ No _/_
4 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 which they were filed.
6 _____
7 _____
8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 false statement herein may result in the dismissal of my claims.

11 8/13/2021
12     DATE                                     SIGNATURE OF APPLICANT

- 4 -