# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KRISTEN JOSEPH, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-06654 SVW (ADS) |
| v. | |
| SUPERIOR COURT OF CALIFORNIA LOS ANGELES, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

August 18, 2021
Date

/s/ Autumn D. Spaeth
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

☐ Inadequate showing of indigency
☐ Legally and/or factually patently frivolous
☐ Other: _____

☐ District Court lacks jurisdiction
☐ Immunity as to _____

Comments:

Date

United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

Date

United States District Judge

CV-73 (08/16)      ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*