1 _____(Full Name)

2 _____(Email Address)

3 _____(Address Line 1)

4 _____(Address Line 2)

5 _____(Phone Number)

6 Plaintiff in Pro Per

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 _____, | **Case No.**: <u>2:21-cv-06654-SVW-ADS</u>

(To be supplied by the Clerk)

12 Plaintiff,

13 vs. | **First Amended**

**Civil Rights Complaint Pursuant to**

14 _____ | **42 U.S.C. § 1983 (non-prisoners)**

15 _____

16 _____ | **Jury Trial Demanded**:  ☐Yes ☐ No

17 _____

18 Defendant(s).

19

20 *(All paragraphs and pages must be numbered.)*

21 **I. JURISDICTION**

22 1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23 Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25 **II. VENUE**

26 2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____

27 _____

28 _____

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised  August 2013*

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# III. PARTIES

3.    Plaintiff _____ resides at:
*(your full name)*

_____

_____.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ works at
*(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

5. Defendant _____ works at
*(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*
.

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

1  ____.  Defendant _____ works at

2  *Insert ¶ #*                          *(full name of Defendant)*

3  _____.

                                  *(Defendant's place of work)*

4

5  Defendant's title or position is _____.

                                  *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ☐ official capacity

8

9   This Defendant was acting under color of law because _____

10  _____

11  _____

12

13  _____

14

15

16  ____.  Defendant _____ works at

17  *Insert ¶ #*                          *(full name of Defendant)*

18  _____.

                                  *(Defendant's place of work)*

19

20  Defendant's title or position is _____.

                                  *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity              ☐ official capacity

25  This Defendant was acting under color of law because _____

26  _____

27  _____

28  _____

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

*Insert ¶ #*

2

3

4

5

6

7

8

9

10

*Insert ¶ #*

11

12

13

14

15

16

17

18

19

20

*Insert ¶ #*

21

22

23

24

25

26

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

____.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

_____

_____

_____

_____

___.    The above civil right was violated by the following Defendants:

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

___.    As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*   was harmed in the following way:

_____

_____

_____

# <u>Claim #(  )</u>

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____.  _____

*Insert ¶ #*

_____

_____

_____

_____

_____

_____

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

____. _____
*Insert ¶ #*

_____

_____

_____

____. _____
*Insert ¶ #*

_____

_____

_____

____. _____
*Insert ¶ #*

_____

_____

_____

____. _____
*Insert ¶ #*

_____

_____

_____

Dated: _____

Sign: _____

Print Name: _____

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _____

Sign: _____

Print Name: _____

Civil Rights Complaint Pursuant to U.S.C. § 1983