UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06654 SVW (ADS)                      Date: March 7, 2022

Title: *Joseph v. Superior Court of California Los Angeles, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

    Plaintiff Kristen Joseph filed a Complaint asserting a conspiracy claim under 42 U.S.C. § 1985(3) and a claim under the Americans with Disabilities Act. (Dkt. No. 1.) On February 10, 2022, the Court issued an Order Dismissing Complaint with Leave to Amend, which gave Plaintiff three options on how to proceed with this case. (Dkt. No. 6.) Plaintiff's response was due by March 3, 2022. (<u>Id.</u> at 7-8.) As of the date of this order, Plaintiff has failed to file a response.

    Plaintiff is ordered to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders. **Plaintiff must file a written response by no later than March 21, 2022.** Plaintiff may respond to this order by (a) filing a first amended complaint; (b) filing a notice of voluntarily dismissal; or (c) filing a statement with the Court indicating the desire to move forward with the Complaint despite the weaknesses noted by the Court in its prior order.

//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-06654 SVW (ADS)                                            Date: March 7, 2022

Title: *Joseph v. Superior Court of California Los Angeles, et al.*

**Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh