JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN JOSEPH, | Case No. 2:21-06654 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety with prejudice. All claims against the defendants are dismissed for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 31, 2022

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge